IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JESSE REID JR., | ) | |
| | ) | |
| Plaintiff, | ) | 4:15CV3104 |
| | ) | |
| V. | ) | |
| | ) | |
| RAY MABUS, Secretary of the Navy, SAM ERHART, Confidential Assistant to the Secretary of the Navy, NCIS, (Navy Criminal Investigative Service), STACKLEY, Acting Secretary of the Navy, POPELLA, Lt. Col., NAVY SEA SERVICE COMMAND IN WASHINGTON DC, ELIZABETH FISHBACK, BOB CASEY, JIM BROWN, Chief of Staff, BOOZ ALLEN HAMILTON, FEDERAL BUREAU OF INVESTIGATION, SEAN LANGFORD, Special Agent, JAMES COMEY, FBI Director, TIMOTHY PIVNICHNY, Special Agent, PAT TOOMEY, JIM BRENNAN, Director of Central Intelligence, CENTRAL INTELLIGENCE AGENCY, CAPITOL POLICE, BLASEY, Capital Police Agent, (Badge #958), and BELL, Sgt., Capitol Police Supervisor, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) | |

On February 8, 2016, the court ordered Plaintiff to update his address with the court within 30 days or face dismissal of this action. (Filing No. 6.) To date, Plaintiff has not updated his address or taken any other action in this matter.

IT IS THEREFORE ORDERED that this matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 16th day of March, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge